## CLUNK v. PFIZER, INC.

No. 297P02

Case below: 149 N.C. App. 975

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

## COCHRANE v. CITY OF CHARLOTTE

No. 150P02

Case below: 148 N.C. App. 621

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

## CRANDALL v. KNECHTEL

No. 266P02

Case below: 149 N.C. App. 232

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002.

## CRAWFORD v. COMMERCIAL UNION MIDWEST INS. CO.

No. 19A02

Case below: 147 N.C. App. 455

Petition by defendant for writ of certiorari to review orders of the North Carolina Court of Appeals and pursuant to Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 15 August 2002.

## CREECH v. RANMAR PROPERTIES

No. 572P01

Case below: 146 N.C. App. 97

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002. Conditional petition by plaintiff for writ of certiorari as to additional issues dismissed as moot 15 August 2002.